No. 53. NEW YORK *v.* O'NEILL. Certiorari, 356 U. S. 972, to the Supreme Court of Florida. The motion for leave to file brief of the National Conference of Commissioners on Uniform State Laws, as *amicus curiae,* is granted. *James C. Dezendorf* and *Louis A. Kohn* for movant.

No. 56. UNITED NEW YORK AND NEW JERSEY SANDY HOOK PILOTS ASSOCIATION ET AL. *v.* HALECKI, ADMINISTRATRIX. Certiorari, 357 U. S. 903, to the United States Court of Appeals for the Second Circuit. The motion of the Solicitor General for leave to participate in oral argument is denied. MR. JUSTICE FRANKFURTER, with whom MR. JUSTICE HARLAN joins, would grant the Government's motion for leave to participate in the oral argument of this case in view of the important public interest with which the Government is charged in carrying out the congressional policy for a government-owned merchant marine and in view of the confused state of the law dealing with the issues raised by this case. *Solicitor General Rankin* for the United States, movant. *Nathan Baker* for respondent in opposition to the motion.

No. 137. HEFLIN *v.* UNITED STATES. Certiorari, 357 U. S. 935, to the United States Court of Appeals for the Fifth Circuit. It is ordered that *Jerome A. Cooper, Esquire,* of Birmingham, Alabama, a member of the Bar of this Court, be, and he is hereby, appointed to serve as counsel for petitioner in this case.

No. 320, Misc. PURITAN CHURCH BUILDING FUND ET AL. *v.* EDGERTON, CHIEF JUDGE, ET AL. Motion for leave to file petition for writ of mandamus and motion to disqualify denied.